IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR L. TRAVILLION, | : | |
| Plaintiff, | : | 1:14-cv-1159 |
| | : | |
| v. | : | Hon. John E. Jones III |
| | : | |
| JOHN E. WETZEL, et al., | : | |
| Defendants | : | |

**ORDER**

**September 25, 2017**

NOW THEREFORE, upon consideration of Defendants' motion (Doc. 58) for summary judgment pursuant to Federal Rule of Civil Procedure 56, and in accordance with the Court's Memorandum of the same date, it is hereby ORDERED that:

1. Defendants' motion (Doc. 58) for summary judgment is GRANTED. The Clerk of Court shall ENTER judgment in favor of all remaining Defendants, namely Clark, Sutton, Kearns, Hardy, Burton, Sherman, Crawford, Stover, Duncan, Rutherford, Gates, Druckemiller, Perks and Weaver, and against Plaintiff.

2. The Court DECLINES to exercise supplemental jurisdiction over the pending state law claims.

3. The Clerk of Court is further directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                         s/ John E. Jones III
                                         John E. Jones III
                                         United States District Judge