UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMAR L. TRAVILLION, | : | |
| Plaintiff | : | CIVIL ACTION NO. 1:14-1159 |
| v. | : | (JUDGE MANNION) |
| JOHN WETZEL, Secretary of Corrections, *et al.* | : | |
| Defendants | : | |

# ORDER

The settlement officer has reported to the court that this case has been resolved and settled. In light of the foregoing, **IT IS ORDERED THAT** this action be dismissed without costs and without prejudice to the right of any party, upon good cause shown, to apply for reinstatement of the action within sixty (60) days of the date of this order if settlement has not been consummated.

Failure of a party to apply for reinstatement (or an extension of this order to consummate the settlement) within the above 60 day time frame will result in the automatic conversion of this dismissal from one **without prejudice** to one **with prejudice**.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**DATE: July 5, 2022**
14-1159-08